UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
    NOBLE INTERNATIONAL, LTD., et al.,    Bankr. Case No. 09-51720-mbm
                                                                              Case No. 09-CV-12098-DT

_____/

**ORDER DIRECTING PAYMENT OF SPECIAL MASTER**

        On June 11, 2009 the court appointed I. William Cohen as a special master in this case pursuant to Federal Rule of Civil Procedure 53. Special Master Cohen has since consulted with the court on the topics outlined in the June 11, 2009 order and completed his duties. Special Master Cohen has submitted a request for payment which the court has reviewed and finds reasonable. Accordingly,

        IT IS ORDERED that by **July 15, 2009**, the Debtor shall pay I. William Cohen $8,429,20 in fees and $10.00 in expenses for his services as a special master pursuant to the court's June 11, 2009 order and Federal Rule of Civil Procedure 53.

                                                                s/Robert H. Cleland
                                                                ROBERT H. CLELAND
                                                                UNITED STATES DISTRICT JUDGE
Dated:  June 29, 2009


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 29, 2009, by electronic and/or ordinary mail.

                                                                s/Lisa Wagner
                                                                Case Manager and Deputy Clerk
                                                                (313) 234-5522